Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Federico Vilchiz Vasquez, et al.  )
  ) Case No: 13-cv-05449 WH
              Plaintiff(s),  )
  ) **APPLICATION FOR**
        v.  ) **ADMISSION OF ATTORNEY**
  ) **PRO HAC VICE**
USM, Inc., et al.  ) (CIVIL LOCAL RULE 11-3)
  )
              Defendant(s).  )

   I, Gerald S. Hartman, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: USM, Inc. and Ross Stores, Inc. in the above-entitled action. My local co-counsel in this case is Cheryl D. Orr, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Drinker Biddle & Reath LLP<br>1500 K St., NW, Washington DC 20005-1209 | Drinker Biddle & Reath LLP, 50 Fremont Street,<br>20th Floor, San Francisco, CA  94105-2235 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 842-8881 | (415) 591-7500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jerry.hartman@dbr.com | cheryl.orr@dbr.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 22218.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/17/13                                      Gerald S. Hartman
                                                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Gerald S. Hartman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated: December 18, 2013.

IT IS SO ORDERED
Judge William Alsup

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                October 2012