1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8

FEDERICO VILCHIZ VASQUEZ, et al.,                    No. C 13-05449 WHA

9

Plaintiffs,

10

v.

**ORDER RE REQUEST FOR
ORAL ARGUMENT ON
DEFENDANT'S MOTION TO
DISMISS**

11

USM, INC., et al.,

12

Defendants.

13

14

On November 27, defendant Ross Stores, Inc. filed a FRCP 12(b)(6) motion to dismiss

15

plaintiffs' class action complaint, noticed for January 2.  On December 3, this action was

16

reassigned to the undersigned judge.  The re-assignment order stated "[a]ll hearing dates

17

presently scheduled are vacated and motions should be renoticed for hearing before the judge to

18

whom the case has been reassigned."  Defendants have yet to re-notice their motion to dismiss.

19

Plaintiffs filed an opposition on December 11 and defendant filed a reply on December 18 (with

20

a "TBD" hearing date).  On December 20, plaintiffs filed a request for oral argument on

21

defendant's motion to dismiss.  Plaintiffs state a staff attorney at Legal Aid of Marin who

22

graduated from law school in June 2010 will be primarily responsible for the oral argument on

23

behalf of plaintiffs.  The request for a hearing on defendants' motion to dismiss on **JANUARY 23**

24

**AT 8:00 A.M.** is hereby **GRANTED**.  Counsel for each side is ordered to appear.

25

26

**IT IS SO ORDERED.**

27

28

Dated:    December 23, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>