1  Laura L. Ho (SBN 173179)
   lho@gbdhlegal.com
2  Katrina L. Eiland (SBN 275701)
   keiland@gbdhlegal.com
3  GOLDSTEIN, BORGEN, DARDARIAN & HO
   300 Lakeside Drive, Suite 1000
4  Oakland, California 94612
   Telephone:    (510) 763-9800
5  Facsimile:    (510) 835-1417

6  Attorneys for Plaintiffs
   *Additional Counsel listed on signature page*
7
   CHERYL D. ORR (SBN 143196)
8  cheryl.orr@dbr.com
   S. FEY EPLING (SBN 190025)
9  fey.epling@dbr.com
   DRINKER BIDDLE & REATH LLP
10 50 Fremont Street, 20th Floor
   San Francisco, CA 94105-2235
11 Telephone:    (415) 591-7500
   Facsimile:    415) 591-7510
12
13 Attorneys for Defendants
   USM, INC. and ROSS STORES, INC.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERICO VILCHIZ VASQUEZ, JESUS VILCHEZ VASQUEZ, FRANCISCO DOMINGO CLAUDIO, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USM, INC. and ROSS STORES, INC.,<br><br>Defendants. | Case No. CV-13-5449-WHA<br><br>~~STIPULATION AND [PROPOSED]~~ ORDER TO EXTEND DEADLINE TO FILE AMENDED PLEADINGS<br><br>Judge:    Hon. William H. Alsup<br><br>Trial date:   March 23, 2015<br><br>CLASS ACTION |

Plaintiffs Federico Vilchiz Vasquez, Jesus Vilchez Vasquez and Francisco Domingo Claudio ("Plaintiffs") and Defendants USM, Inc. ("USM") and Ross Stores, Inc. ("Ross")

---

1  (collectively, "Defendants") hereby stipulate to continue the last day for parties to seek leave to
2  add parties or amend the pleadings from March 31, 2014 to April 14, 2014.  The parties request
3  this brief continuance to allow time to complete depositions and written discovery necessary to
4  ascertain whether and how any amendments are necessary and appropriate.

5      The parties therefore request that the Court enter an order continuing the deadline for the
6  parties to seek leave to add parties or amend the pleadings until April 14, 2014.

7      It is so stipulated.

8  Dated: March 10, 2014      GOLDSTEIN, BORGEN, DARDARIAN & HO
9       CHAVEZ & GERTLER LLP
     LEGAL AID OF MARIN
10      STANFORD COMMUNITY LAW CLINIC

11
     By: */s/ Lauro Ho*
12          Laura Ho

13      Attorneys for Plaintiffs

14

15

16 Dated: March 10, 2014      DRINKER BIDDLE & REATH LLP

17
     By: */s/ S. Fey Epling*
18          Cheryl D. Orr
         S. Fey Epling
19
     Attorneys for Defendant
20      USM, INC. and ROSS STORES, INC.

21

22  *Additional counsel for Plaintiffs*

23  CHAVEZ & GERTLER LLP
     Jonathan E. Gertler (SBN 111531)
24  Christian Schreiber (SBN 245597)
     42 Miller Avenue
25  Mill Valley, California 94941
     Telephone: (415) 381-5599
26  Facsimile: (415) 381-5572
     jon@chavezgertler.com
27  christian@chavezgertler.com

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO FILE AMENDED PLEADINGS
- 2 -
CASE NO. 3:13-CV-05449-WHA

| | |
|---|---|
| 1 | LEGAL AID OF MARIN |
| | Paul Cohen (SBN 148371) |
| 2 | Joanna Shalleck-Klein (SBN 275686) |
| | Daniel R. Weltin (SBN 226600) |
| 3 | 30 North San Pedro Road, Suite 220 |
| | San Rafael, California 94906 |
| 4 | Telephone: (415) 492-0230 |
| | Facsimile: (415) 492-0947 |
| 5 | pcohen@legalaidmarin.org |
| | jshalleck-klein@legalaidmarin.org |
| 6 | drweltin@weltinlaw.com |
| 7 | STANFORD COMMUNITY LAW CLINIC |
| | MILLS LEGAL CLINIC |
| 8 | STANFORD LAW SCHOOL |
| | Juliet M. Brodie (SBN 248989) |
| 9 | 2117 University Avenue |
| | East Palo Alto, California 94303 |
| 10 | Telephone: (650) 725-9200 |
| | Facsimile: (650) 326-4162 |
| 11 | jmbrodie@law.stanford.edu |
| 12 | |
| 13 | *Additional counsel for Defendants* |
| | DRINKER BIDDLE & REATH LLP |
| 14 | GERALD S. HARTMAN (*admitted pro hac vice*) |
| | GREGORY W. HOMER (*admitted pro hac vice*) |
| 15 | 1500 K Street N.W., Suite 1100 |
| | Washington, DC 20005-1209 |
| 16 | Telephone: (202) 842-8800 |
| | Facsimile: (202) 842-8465 |
| 17 | gerald.hartman@dbr.com |
| | gregory.homer@dbr.com |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE AMENDED PLEADINGS — - 3 - — CASE NO. 3:13-CV-05449-WHA

### [~~PROPOSED~~] ORDER

The Court, having reviewed the parties' stipulation, and good cause appearing, hereby ORDERS as follows:

The last day for parties to seek leave to add parties or amend the pleadings shall be continued from March 31, 2014 to April 14, 2014.

```
All other existing deadlines remain in place (Dkt. No. 33).
```

Dated: March 11, 2014

_____
HON. WILLIAM H. ALSUP
United States District Court Judge