Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Megan E. Ryan (SBN 264922)
mryan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Jonathan E. Gertler (SBN 111531)
jon@chavezgertler.com
Christian Schreiber (SBN 245597)
christian@chavezgertler.com
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
Tel: (415) 381-5599
Fax: (415) 381-5572

Attorneys for Plaintiffs

*(additional attorneys listed on next page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FEDERICO VILCHIZ VASQUEZ, JESUS VILCHEZ VASQUEZ, FRANCISCO DOMINGO CLAUDIO, ADA CAÑEZ, EMIGDIO MENDEZ, and CANDELARIA HURTADO for themselves and all others similarly situated,

Plaintiffs,

vs.

USM, INC. dba USM SERVICES, INC., a Pennsylvania Corporation; Ross Stores, Inc. dba ROSS DRESS FOR LESS, a Delaware Corporation; ROSS STORES, INC. dba dd's DISCOUNTS, a Delaware Corporation; and DOES 1 through 20, inclusive,

Defendants.

Case No.: CV-13-05449-JD

CLASS ACTION

**DECLARATION OF DAVID BRESHEARS, CPA/CFF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Hon. James Donato

Date: March 18, 2015
Time: 10:00 a.m.
Dept: Courtroom 11, 19th Floor

Trial: May 7, 2015

Paul Cohen (SBN 148371)
Joanna Shalleck-Klein (SBN 275686)
jshalleck-klein@legalaidmarin.org
Daniel R. Weltin, Of Counsel (SBN 226600)
drweltin@weltinlaw.com
LEGAL AID OF MARIN
30 North San Pedro Road, Ste. 220
San Rafael, CA 94906
Tel: (415) 492-0230
Fax: (415) 492-0947

Juliet M. Brodie (SBN 248989)
jmbrodie@law.stanford.edu
STANFORD COMMUNITY LAW CLINIC
2117 University Avenue
East Palo Alto, CA 94303
Tel: (650) 725-9200
Fax: (650) 326-4162

I, David Breshears, CPA/CFF declare as follows:

1. I am a Certified Public Accountant, licensed in the State of California, and Certified in Financial Forensics. I am currently a partner at Hemming Morse, LLP, CPAs, Forensic and Financial Consultants. I previously submitted two declarations, dated October 24, 2014 and November 14, 2014, in this matter.

2. I have been asked by Plaintiffs' counsel to calculate the value of the injunctive relief agreed upon by the parties in the proposed settlement. I understand the Defendants have agreed to improve the contracts between themselves in light of section 2810. USM will also audit on a quarterly basis a percentage of its subcontractors and the subcontractors' employees to ensure that janitors are paid minimum wage and provided with legally required benefits such as workers' compensation, and will correct any violations found. USM will also have their subcontractors hand out a "Notice of Rights" to their janitors on a biannual basis, informing them of their right to receive minimum wage, workers compensation protection, and other basic rights, and providing Class Counsel's contact information to report any violations. The amount that is required to meet these requirements, plus the already required janitorial supplies and administrative overhead, is what I previously called the "True Minimum Labor Cost."

3. Based on data and information identified in my two previous declarations, the difference between the True Minimum Labor Cost and the actual amounts paid by USM to its subcontractors, I conclude that USM underfunded its janitorial subcontracts by approximately $523,000 in 2011, $609,000 in 2012, and $381,000 in 2013. Averaging the underfunding of these three years equals approximately $504,000 of underfunding per year. I understand the term of the Consent Decree and injunctive relief is for three years, so using the average underfunding for the three preceding years for which I had relevant data, the value of the injunctive relief in settlement is approximately $1,512,000.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed at Walnut Creek, California on February 17, 2015.

Dave Breshears

David Breshears, CPA/CFF